# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brooke Damsgard, a minor appearing by her parent and natural guardian, Melissa Miles, individually,<br><br>      Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Co., and Prudential Property and Casualty Insurance Co.,<br><br>      Defendants. | Civil No. 08-1416 (RHK/AJB)<br><br>**NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |

Trial in this matter will begin at 9:00 a.m. on Tuesday, September 8, 2009, Courtroom 7A, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule

By August 26, 2009:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By September 1, 2009:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By September 3, 2009: Responses to the Written Objections.

Dated: August 7, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge