## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brooke Damsgard, Minor, appearing by her parent and natural guardian, Melissa Damsgard, individually,

Plaintiff,

vs.

Liberty Mutual Insurance Company, Prudential Property and Casualty Insurance Company,

Defendants.

Civil No. 08-1416 (RHK/AJB)

**ORDER**

Based on the parties' Stipulation of Dismissal with Prejudice (Doc. No. 77) in the above-entitled action, and being fully advised in the premises, **IT IS ORDERED** that Plaintiff's Complaint against Defendants and Defendants' Counterclaim against Plaintiff are **DISMISSED WITH PREJUDICE**, without costs or disbursements being assessed or charged to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 21, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge

121246336v1 888913 2842